IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TOM KELLY, a married man, d/b/a
KELLY RANCH, a New Mexico business
entity,

      Plaintiff,

vs.                                                                                                  Civ. No. 10-700 MCA/RHS

UNIFEED HI-PRO, INC., a Texas corporation,
JOHN and JANE DOES 1-5; XYZ
CORPORATION OR BUSINESS
ENTITIES 1-5; and ABC GOVERNMENT
ENTITIES 1-5,

      Defendants.

**ORDER GRANTING DEFENDANT UNIFEED HI-PRO, INC.'S MOTION TO COMPEL PLAINTIFF TO PROVIDE FULL AND COMPLETE ANSWERS TO INTERROGATORIES [32] AND MOTION TO COMPEL PLAINTIFF TO PROVIDE FULL AND COMPLETE ANSWERS TO <u>REQUESTS FOR PRODUCTION [33]</u>**

**THIS MATTER** comes before the Court on Defendant Unifeed Hi-Pro, Inc.'s Motion to Compel Plaintiff to Provide Full and Complete Answers to Interrogatories [docket no. 32] and Motion to Compel Plaintiff to Provide Full and Complete Answers to Requests for Production [docket no. 33]. The Court has considered the Motions together with Plaintiff's consolidated Response in Opposition [docket no. 42] and Defendant's respective Replies (docket nos. 49, 51, 53) and hereby concludes that the motions are well-taken and should be granted.

In granting the Motions, the Court adopts the arguments and authorities propounded by Defendant and determines that Plaintiff's responses to both requests for production and interrogatories are wholly inadequate and should be resubmitted in their entirety.

**IT IS THEREFORE ORDERED** that Defendant Unifeed Hi-Pro, Inc.'s Motion to Compel Plaintiff to Provide Full and Complete Answers to Interrogatories [docket no. 32] and Motion to Compel Plaintiff to Provide Full and Complete Answers to Requests for Production [docket no. 33] are both granted.  Plaintiff is hereby ordered to provide an entire set of responses to both the interrogatories and requests for production on or before <u>April 1, 2011</u>.  In these responses, Plaintiff shall speak in full and complete sentences and shall refrain from referring to other documents which may or may not have been provided or produced either in formal discovery or otherwise.  Plaintiff shall refrain from the use of the term "without limitation" which the Court respectfully does not understand its intent.  Plaintiff shall refrain from responding by indicating that either documents or information will be produced at a future date and all responses shall be made fully and completely as of the date of filing.  Plaintiff shall further supplement any answer or request only under such circumstances as newly discovered evidence has come to Plaintiff's attention which would be responsive to either an interrogatory or request for production.  Finally, the Court reserves jurisdiction to assess attorney's fees and costs as a result of the bringing and granting of this Motion.  The Court will be guided by the complete and responsible responses provided to Defendant under the terms of this Order.

                                                      _/s/ Robert Hayes Scott_
                                                      ROBERT HAYES SCOTT
                                                      UNITED STATES MAGISTRATE JUDGE